# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Frank Puella,
    Petitioner

V.

United States of America,
    Respondent

CIVIL ACTION

NO. 10-10797

## ORDER OF DISMISSAL
December 15, 2010

Gorton, D. J.

In accordance with the Court's adoption of Report & Recommendation on December 15. 2010, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

Approved:

/s/ Nathaniel M. Gorton
**United States District Judge**

By the Court,

/s/ Craig J. Nicewicz
**Deputy Clerk**

(Dismendo.ord - 09/92)      [odism.]